IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED 05 APR 19 PM 5: 1_

ROBERT R. DI_ _CHIO
CLERK, U.S. DI_ _CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | Cr. No. <u>00-20253-B</u> |
| JUAN REYNA, | * | |
| Defendant. | * | |

### ORDER GRANTING CONTINUANCE OF SENTENCING DATE

The United States has moved for a continuance of April 28, 2005 supervised release hearing.

For good cause shown, it is so **ORDERED** this 19th day of April, 2005.

_____
J. DANIEL BREEN
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-20-05

287



# Notice of Distribution

This notice confirms a copy of the document docketed as number 287 in case 2:00-CR-20253 was distributed by fax, mail, or direct printing on April 20, 2005 to the parties listed.

---

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT