IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY ___ D.C.

05 MAY -3 PM 2: 27

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D OF TN, MEMPHIS

UNITED STATES OF AMERICA

vs.

No. 00-20253

JUAN REYNA,

Defendant.

## ORDER ON DEFENDANT'S MOTION TO CONTINUE SUPERVISED RELEASE VIOLATION HEARING

Before this Honorable Court is Defendant, JUAN REYNA'S Motion to Continue Supervised Release Violation Hearing. It appearing to this Court that counsel's Motion is well taken;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant's request to continue the Supervised Release Violation Hearing is granted and will be continued to May 19, 2005 @ 10:30am.

Entered this the 3rd day of May, 2005.

_____
United States District Court Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FrCrP on 5-4-05

293

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 293 in case 2:00-CR-20253 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Paul M. O'Brien
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT