# UNITED STATES DISTRICT COURT
## Western District of Tennessee

UNITED STATES OF AMERICA
Plaintiff,

VS.

Case Number 2:00CR20253-02-B

JUAN REYNA, JR.,
Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED PROBATION VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, Juan Reyna, Jr., was represented by Jake Erwin, Esq.

It appearing that the defendant, who was convicted on October 12, 2001 in the above styled cause and was placed on Supervised Release for a period of four (4) years and has violated the terms of Supervised Release.

On November 17, 2004, the defendant's term of Supervised Release was revoked and defendant was sentenced to time served. An additional term of one (1) year Supervised Release was ordered with the condition that the defendant serve six (6) months of Home Confinement.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant shall be REVOKED.

FURTHERMORE, the defendant shall be committed to a term of six (6) months Incarceration, with no further supervised release.

Defendant shall surrender for service of custody as directed by the U.S. Marshal.
Report shall be deferred for two weeks. The Court recommends placement as close to Memphis, Tennessee, as possible.

Signed this the 31st day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 6/1/1972
U.S. Marshal No.: 17580-076
Defendant's Mailing Address: 36 Lenzi Lane, Munford, TN 38058

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-2-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 295 in case 2:00-CR-20253 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Paul M. O'Brien
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 295 in case 2:00-CR-20253 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Paul M. O'Brien
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT